THE STANDARD BLEACHERY AND PRINTING COMPANY, PROSECUTOR-APPELLANT, v. THE BOROUGH OF EAST RUTHERFORD AND STATE BOARD OF TAX APPEALS, RESPONDENT-APPELLEE.

Argued October 13, 1933—Decided January 5, 1934.

For the appellant, *Louis A. Cowley*.

For the respondent the borough of East Rutherford, *Chandless, Weller & Selser* (*Ralph W. Chandless*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.